A/R, STANDARD

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-02814-TMG**
**Internal Use Only**

ALBRIGHT et al v. C.R. BARD, INC. et al
Assigned to: HONORABLE THOMAS M. GOLDEN
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/09/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**ROBERT L. ALBRIGHT**

represented by **JOSEPH F. RODA**
RODA & NAST PC
801 ESTELLE DR
LANCASTER, PA 17601
717-892-3000
Fax: 717-892-1200
Email: jroda@rodanast.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARLA ALBRIGHT**

represented by **JOSEPH F. RODA**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-16-07
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

V.

**Defendant**

**C.R. BARD, INC.**

**Defendant**

**DAVOL, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2007 | 1 | COMPLAINT against C.R. BARD, INC., DAVOL, INC. ( Filing fee $ 350 receipt number 940662.), filed by ROBERT L. ALBRIGHT, CARLA ALBRIGHT.(tj, ) Additional attachment(s) added on 7/9/2007 (tj, ). (Entered: 07/09/2007) |
| 07/09/2007 | | Summons Issued; 2 Mailed to counsel 7/9/07 as to C.R. BARD, INC., DAVOL, INC. (tj, ) (Entered: 07/09/2007) |
| | | |

| | | |
|---|---|---|
| 07/09/2007 | | DEMAND for Trial by Jury by ROBERT L. ALBRIGHT, CARLA ALBRIGHT. (tj, ) (Entered: 07/09/2007) |
| 07/09/2007 | | (Court only) Standard Case Management Track (tj, ) (Entered: 07/09/2007) |
| 07/09/2007 | | (Court only) Allentown/Reading Flag (tj, ) (Entered: 07/09/2007) |
| 08/03/2007 | 2 | WAIVER OF SERVICE Returned Executed by C.R. BARD, INC.. C.R. BARD, INC. waiver sent on 7/23/2007, answer due 9/21/2007. (GALLUCCI, DANIEL) (Entered: 08/03/2007) |
| 08/16/2007 | 3 | CONDITIONAL TRANSFER ORDER FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION THAT THE CASE IS TRNASFERRED TO THE DISTRICT OF RHODE ISLAND. (ac, ) (Entered: 08/16/2007) |
| 08/16/2007 | | Certified copy of docket entries with copy of Conditional Transfer Order forwarded to District of RHODE ISLAND. (ac, ) (Entered: 08/16/2007) |
| 08/16/2007 | | (Court only) ***Deadlines terminated., ***Documents terminated. (ac, ) (Entered: 08/16/2007) |